UNITED STATES DISTRICT COURT
Western District of Tennessee
Western Division

FILED BY `eg` D.C.

05 MAY -4 PM 1:28

Robert R. Di Trolio
Clerk of Court

Memphis 901-495-1200
Fax           901-495-1250
Jackson       901-427-6586
Fax           901-427-9210

DATE:     May 4, 2005

NOTICE TO ALL PARTIES

RE:       CRIMINAL CASE NO.  05-20093-B
          UNITED STATES OF AMERICA vs. MARKEITA ECHOLS


__   RULE 20 (Consent to Transfer of Case for Plea and
     Sentence)

XX_  RULE 40 DOCUMENTS

Documents, as to the above-named defendant, have been received
from the USDC, Northern District of Mississippi, on May 2, 2005.
Please refer to document #4 in the case record.

                              Sincerely,

                              ROBERT R. Di TROLIO,
                              Clerk of Court

                              BY: *Earline Drayer*
                                  Deputy Clerk

cc: Mag. Judge Casemgr.


242 Federal Building                    101 Federal Building
167 North Main Street             109 South Highland Avenue
Memphis, Tennessee 38103           Jackson, Tennessee 38301



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20093 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT