IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

05 MAY -6 PM 3:58

UNITED STATES OF AMERICA

vs.   CR. NO. 05-20093 BP

Marketa Echols
Defendant

=================================================================
ORDER ON ARRAIGNMENT
=================================================================

This cause came on to be heard on **May 6, 2005**.
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

Name  Larry Copeland
(retained) (appointed)

Address _____

Telephone _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a district judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.

✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

Duane K. [signature]
United States Magistrate Judge

Charge(s): Felon in possession of firearm

Assistant U. S. Attorney: _____
Defendant's Age: 25
Rule 32 (was) (was not) waived.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20093 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT