IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 13 PM 2: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                  NO. 2:05-020093

Markeita Echols,

    Defendant,

**ORDER**

    Before the Court is the defendant's motion for a psychological evaluation to determine whether the defendant is competent to stand trial and/or to assist in her own defense. For good cause shown, <u>to wit,</u> the expediency of preparing this matter for disposition, the Court authorizes an evaluation locally by Dr. John Hutson, 427 Linden Avenue, Memphis, TN 38126. The Court further authorizes payment to Dr. Hutson for professional services rendered in the amount of $1,000.00 (One Thousand Dollars) which includes the evaluation, a written report and, if required, testimony before this Honorable Court.

    It is further ordered that this case is continues for 30 days for report.

    IT IS SO ORDERED.

                                              _____
                                              JUDGE
                                              DATE: 9/13/05

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-13-05

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20093 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT