
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14  AM 10: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | CR. NO. 05-20093-B |
| MARKEITA ECHOLS, ) | |
| Defendant. ) | |

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

Pursuant to the request of defense counsel, the Court entered an order on September 13, 2005, that the defendant be examined as to his mental competency, by Dr. John Hutson of Memphis, Tennessee.

The Court granted the request and continued the trial date to November 7, 2005, **with a report date of Monday, October 31, 2005, at 9:30 a.m.**

The period from October 14, 2005, through November 18, 2005 is excludable under 18 U.S.C. § 3161(h)(1)(A) to allow defendant to undergo a mental evaluation.

**IT IS SO ORDERED** this the _14th_ day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-14-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20093 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT