IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                   CR. NO. 05-20093-B

MARKEITA ECHOLS,

    Defendant.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY And *SETTING*

This cause came on for a report date on November 28, 2005. At that time counsel for the defendants requested a continuance of the December 5, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to February 6, 2006 with a report date of **Monday, January 30, 2006, at 10:30 a.m.**,** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from December 16, 2005 through February 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 1st day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-5-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20093 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT